DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDT G. CLIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 11-433-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO RECALL ARREST WARRANT AND SET FOR ARRAIGNMENT |
| BRANDT G. CLIFFORD, | |
| Defendant. | Date: January 18, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, that the Court recall the bench warrant previously issued on November 16, 2011 and set this case for an arraignment on January 18, 2012 at 9:00 a.m.  Mr. Clifford could not be served with his notice to appear earlier this year because he was in a residential PTSD treatment program through the VA.  He has now received notice of this case and contacted the Federal Defender's Office to request appointment of counsel and an appearance date.

Mr. Clifford does qualify for appointment of counsel and the Federal Defender anticipates being appointed at his appearance. The parties jointly request that the Court set this matter for arraignment on January 18, 2012 at 9:00 a.m. and recall the pending arrest warrant.

Dated: December 30, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour for
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
BRANDT G. CLIFFORD

Dated: December 30, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**ORDER**

The Court hereby orders the arrest warrant recalled and sets this case on its calendar January 18, 2012 for arraignment.

IT IS SO ORDERED.

Dated: January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-