```
 1 │ DANIEL J. BRODERICK, Bar #89424
   │ Federal Defender
 2 │ LINDA C. HARTER, Bar #179741
   │ Chief Assistant Federal Defender
 3 │ KENDRA G. BERTSCHY
   │ Certified Student Attorney
 4 │ 801 I Street, 3rd Floor
   │ Sacramento, California 95814
 5 │ Telephone: (916) 498-5700
 6 │ Attorney for Defendant
   │ BRANDT G. CLIFFORD
 7 │
 8 │
 9 │           IN THE UNITED STATES DISTRICT COURT
10 │           FOR THE EASTERN DISTRICT OF CALIFORNIA
11 │
12 │ UNITED STATES OF AMERICA,   ) Case No. 2:11-cr-00433 KJN
   │                             )
13 │           Plaintiff,        )
   │                             ) STIPULATION AND ORDER CONTINUING
14 │    v.                       ) A STATUS CONFERENCE
   │                             ) HEARING AND EXCLUDING TIME
15 │ BRANDT G. CLIFFORD,         )
   │                             ) DATE:  March 28, 2011
16 │           Defendant.        ) TIME:  9:00 a.m.
   │                             ) JUDGE: Hon. Kendall J. Newman
17 │ _____ )
```

18  IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, JUSTIN L. LEE, Special Assistant United
20 States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief
21 Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and
22 Certified Student Attorney, KENDRA G. BERTSCHY, that the Status
23 Conference Hearing date of March 7, 2012 at 9:00 a.m. be vacated.  It
24 is also stipulated that the matter be continued for a Status Conference
25 Hearing on March 28, 2011 at 9:00 a.m.

26  This continuance is requested because the parties are in the
27 process of plea negotiation.  The parties need more time to formalize a
28 plea agreement or pre-trial diversion.  Defense counsel needs time to

1 provide the Government with documents. The parties further agree that
2 the time should be excluded from the date of this [Proposed] Order
3 until the Status Conference Hearing which is set for March 28, 2012,
4 pursuant to 18 U.S.C. Section § 3161(h)(7)(A)(iv) and Local Code T4
5 (reasonable time to prepare).  The interests of justice served by
6 granting this continuance outweigh the best interests of the public and
7 the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)(iv)11.

9 Dated: March 6, 2012                  Respectfully submitted,
10                                      DANIEL J. BRODERICK
                                        Federal Defender

12                                      /s/ Rachelle Barbour for
                                        LINDA C. HARTER
13                                      Chief Assistant Federal Defender
                                        Attorney for Defendant
14                                      SARAH ANN O'NEAL

15                                      /s/ Kendra G. Bertschy
                                        KENDRA G. BERTSCHY
16                                      Certified Student Attorney

17 Dated: March 6, 2012                 BENJAMIN B. WAGNER
                                        United States Attorney
18

19                                      /s/ Justin L. Lee
                                        JUSTIN L. LEE
20                                      Special Assistant U.S. Attorney
                                        Attorney for Plaintiff
21
                          **O R D E R**
22
IT IS SO ORDERED.
23
Dated: March 6, 2012
24

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip/Order/Clifford            -2-