```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  KENDRA G. BERTSCHY
    Certified Student Attorney
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    BRANDT G. CLIFFORD
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  Case No. 2:11-CR-00433-KJN
                                  )
13              Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS HEARING AND EXCLUDING TIME
14       v.                       )
    BRANDT G. CLIFFORD,           )
15                                )  DATE:  April 25, 2011
                Defendant.        )  TIME:  9:00 a.m.
16                                )  JUDGE: Hon. Kendall J. Newman
                                  )
17  _____ )
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, JUSTIN L. LEE, Special Assistant United

20  States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief

21  Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and

22  Certified Student Attorney, KENDRA G. BERTSCHY, that the Status Hearing

23  date of March 28, 2012 at 9:00 a.m. be vacated.  It is also stipulated

24  that the matter be rescheduled for a Status Conference Hearing on April

25  25, 2012 at 9:00 a.m.

26       The Prosecution has agreed to pretrial diversion and the parties

27  are in the process of negotiating the terms of the agreement.  Pretrial

28  services has been notified and is setting up a time to interview Mr.

1 Clifford.  Pretrial services needs time to be able to interview Mr.
2 Clifford, write a report, and create the pretrial diversion agreement.
3 The parties further agree that the time should be excluded from the
4 date of this Order until the Status Conference Hearing which is set for
5 April 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)(iv), 18 U.S.C.
6 3161(h)(2), Local Code T4 (reasonable time to prepare), and Local Code
7 I.  The interests of justice served by granting this continuance
8 outweigh the best interests of the public and the defendant in a speedy
9 trial.  18 U.S.C. § 3161(h)(7)(A)(iv)11.

11 Dated: March 27, 2012            Respectfully submitted,

12                                  DANIEL J. BRODERICK
                                    Federal Defender

14                                  /s/ Linda C. Harter
                                    LINDA C. HARTER
15                                  Chief Assistant Federal Defender
                                    Attorney for Defendant
16                                  BRANDT G. CLIFFORD

17                                  /s/ Kendra G. Bertschy
                                    KENDRA G. BERTSCHY
18                                  Certified Student Attorney

19 Dated: March 27, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

21                                  /s/ Justin L. Lee
                                    JUSTIN L. LEE
22                                  Special Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: March 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip/Order/Clifford           -2-