```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  KENDRA G. BERTSCHY
    Certified Student Attorney
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    BRANDT G. CLIFFORD
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00433-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS HEARING AND EXCLUDING TIME |
| v. | ) |
| BRANDT G. CLIFFORD, | ) |
|  | ) DATE:  May 16, 2012 |
| Defendant. | ) TIME:  9:00 a.m. |
|  | ) JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN L. LEE, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and Certified Student Attorney, KENDRA G. BERTSCHY, that the Status Hearing date of April 25, 2012 at 9:00 a.m. be vacated.  It is also stipulated that the matter be rescheduled for a Status Conference Hearing on May 16, 2012 at 9:00 a.m.

The Prosecution has agreed to pretrial diversion and the parties are in the process of negotiating the terms of the agreement.  Pretrial services has been notified and has interviewed Mr. Clifford.  Pretrial

services needs additional time to create the pretrial diversion agreement.  The parties further agree that the time should be excluded from the date of this Order until the Status Conference Hearing which is set for May 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)(iv), 18 U.S.C. 3161(h)(2), Local Code T4 (reasonable time to prepare), and Local Code I.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)(iv).

Dated: April 20, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　/s/ Dennis S. Waks for
　　　　　　　　　　　　　　　　　　LINDA C. HARTER
　　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　BRANDT G. CLIFFORD

　　　　　　　　　　　　　　　　　　/s/ Kendra G. Bertschy
　　　　　　　　　　　　　　　　　　KENDRA G. BERTSCHY
　　　　　　　　　　　　　　　　　　Certified Student Attorney

Dated: April 20, 2012　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　/s/ Justin L. Lee
　　　　　　　　　　　　　　　　　　JUSTIN L. LEE
　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: April 23, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip/Order/Clifford　　　　　　　　-2-