DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
KENDRA G. BERTSCHY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDT G. CLIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00433-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS HEARING AND EXCLUDING TIME |
| v. | ) |
| BRANDT G. CLIFFORD, | ) DATE:  June 27, 2012 |
| | ) TIME:  9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Kendall J. Newman |
| _____ | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN L. LEE, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and Certified Student Attorney, KENDRA G. BERTSCHY, that the Status Hearing date of May 30, 2012 at 9:00 a.m. be vacated.  It is also stipulated that the matter be rescheduled for a Status Conference Hearing on June 27, 2012 at 9:00 a.m.

   Pretrial services has created a pretrial diversion agreement that the parties have agreed to.  The parties need additional time to finalize the agreement.

1  The parties further agree that the time should be excluded from
2  the date of this [Proposed] Order until the Status Conference Hearing
3  which is set for June 27, 2012, pursuant to 18 U.S.C.
4  § 3161(h)(7)(A)(iv), 18 U.S.C. 3161(h)(2), Local Code T4 (reasonable
5  time to prepare), and Local Code I.  The interests of justice served by
6  granting this continuance outweigh the best interests of the public and
7  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)(iv).

Dated: May 29, 2012                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Rachelle Barbour for
                                       LINDA C. HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant
                                       BRANDT G. CLIFFORD

                                       /s/ Kendra G. Bertschy
                                       KENDRA G. BERTSCHY
                                       Certified Student Attorney

Dated: May 29, 2012                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Justin L. Lee
                                       JUSTIN L. LEE
                                       Special Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: <u>May 29, 2012</u>




                                       _____
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE